IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY VIRGINELLI | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 22 – cv – 1488 |
| | ) | |
| ARMOR CORRECTIONAL HEALTH | ) | Honorable John Z Lee |
| SERVICES Inc, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Armor Correctional Health Services Inc., by and through its attorneys, Lipe Lyons Murphy Nahrstadt & Pontikis, Ltd., moves for summary judgment on the claim asserted by Plaintiff Anthony Virginelli.

Summary judgment is proper for the reasons set forth in Defendant's memorandum in support of this Motion. Specifically, Plaintiff has failed to provide an affidavit from a health care professional attesting that he has a "reasonable and meritorious cause" for filing his claim. 735 ILCS 5/2-622.

Respectfully submitted,

LIPE LYONS MURPHY NAHRSTADT & PONTIKIS LTD.

By:   /s/ Jordan M. Tank
Jordan M. Tank (ARDC 6304122)
jmt@lipelyons.com
Rebecca Israel (ARDC 6336088)
rmi@lipelyons.com
Lipe Lyons Murphy Nahrstadt & Pontikis, Ltd.
230 W. Monroe St., Ste. 2260
Chicago, Illinois 60606
(312) 702-0586