IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY VIRGINELLI | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 22- cv - 1488 |
| | ) | |
| ARMOR CORRECTIONAL HEALTH SERVICES Inc, | ) ) | Honorable John Z Lee |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 56.1 STATEMENT
OF MATERIAL FACTS NOT IN DISPUTE**

Under Federal Rule of Civil Procedure 56, Defendant Armor Correctional Health Services Inc. ("Armor"), by and through its attorneys, Lipe Lyons Murphy Nahrstadt & Pontikis, Ltd., states the following for its Rule 56.1 Statement of Material Facts Not In Dispute:

1. Plaintiff is a citizen of the State of Illinois. Compl., attached as Ex. A, ¶ 1.

2. Armor is a Florida corporation with its principal offices at 4960 S.W. 72nd Ave., Ste. 400, Miami, Florida. Ex. A ¶ 2.

3. This Court has original jurisdiction over Plaintiff's claim under 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and it is between citizens of different States.

3. On December 6, 2019, Virginelli filed his original Complaint in the Northern District of Illinois, Eastern Division under the diversity jurisdiction. ("2019 Complaint"). *See* 2019 Compl., attached as Ex. D.

5. Judge Lee ordered the parties to complete "[f]act discovery including the deposition of treaters" by March 31, 2021. 2019 case docket, attached as Ex. E.

6. A joint status report dated January 12, 2021, states that Plaintiff had not yet answered written discovery and no depositions had been taken. 1/12/21 joint status report, attached as Ex. F, at 1.

7. On February 25, 2021, Judge Lee dismissed the 2019 Complaint for lack of subject matter jurisdiction because Plaintiff failed to plead facts sufficient to establish standing. 2/25/21 Order, attached as Ex. G, at 8-9.

8. Plaintiff was given until March 18, 2021, to replead. *Id*. at 9.

9. On March 18, 2021, Plaintiff filed his First Amended Complaint. 2021 Amended Complaint, attached as Ex. H. At the same time, Plaintiff noticed for presentment a motion to voluntarily dismiss the 2021 Amended Complaint he had just filed. Notice, attached as Ex. I.

10. On March 24, 2021, the court dismissed Plaintiff's 2021 Complaint pursuant to FRCP 41(a) because Armor had not yet filed an answer or motion for summary judgment. 3/24/2021 Order, attached as Ex. J.

11. On March 22, 2022, Plaintiff filed the Complaint that initiated this action. Ex. A. The 2022 Complaint brings the same claim as the 2019 and 2021 complaints. Ex. A ¶ 22 ("Mr. Virginelli realleges the same allegations within this [2022] complaint that were alleged within the [2021] Complaint, *Virginelli,* No. 19 C 8025 (N.D. Ill. filed Mar. 18, 2021)").

12. The Complaint alleges Armor is liable because it negligently failed to "administer daily [Virginelli's] blood-pressure medication, pain medication, and effective antacid medication at the Lake County jail." Ex. A ¶¶ 16, 24.

    Respectfully submitted,

    LIPE LYONS MURPHY NAHRSTADT & PONTIKIS LTD.

    By: /s/ Jordan M. Tank

        Jordan M. Tank (ARDC 6304122)
        jmt@lipelyons.com
        Rebecca Israel (ARDC 6336088)
        rmi@lipelyons.com
        Lipe Lyons Murphy Nahrstadt & Pontikis, Ltd.
        230 W. Monroe St., Ste. 2260
        Chicago, Illinois 60606
        (312) 702-0586