IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY VIRGINELLI, | |
| Plaintiff, | |
| v. | 22 CV 1488 |
| ARMOR CORRECTIONAL HEALTH SERVICES, INC., | |
| | HONORABLE JOHN F. KNESS |
| Defendant. | HONORABLE JEFFREY COLE |

**RESPONSE TO MOTION TO COMPEL DISCOVERY RESPONSES**

The following is a Response to the Motion to Compel Discovery.

The undersigned filed a Motion to Withdraw in November 2023. It is now February 2024 and there has not yet been a ruling on that Motion or on the other Motions to withdraw filed by co-counsel Kimbely Peil and Francesco Zincone. The Motions to Withdraw were filed because Defendant Armor instructed the undersigned and co-counsel Kimberly Peil and Francesco Zincone to withdraw. None of the counsel have any authority from defendant Armor to act on its behalf, and therefore Plaintiff's request is impossible until there is a ruling on the Motions to Withdraw. It is hereby requested that any ruling on the Motion to Compel occur after the ruling on the pending Motions to Withdraw, which could occur at any time and could be imminent.

By: /s/ Alon Stein

Alon Stein
**STEIN LAW OFFICES**
One Northbrook Place
5 Revere Drive, Suite 200
Northbrook, IL 60062
(847) 571-1805

1