## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Anthony Virginelli

                                             Plaintiff,

v.                                                       Case No.: 1:22−cv−01488
                                                       Honorable John F. Kness

Armor Correctional Health Services, Inc.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2024:

      MINUTE entry before the Honorable Jeffrey Cole: Video status conference held. In June 2023, Judge Kness granted defense counsel's motion to withdraw [30]. Since then, the defendant has had no counsel and technically has been in default for an extended period of time. The plaintiff has never sought entry of a default but has frankly said he wants the case to remain open, so that he could take third−party discovery to see if there might be possible claims against one or more insurance companies. At the status today, I informed counsel that the named defendant has long been in default and that I continue to have the gravest doubts that using the present case as a vehicle to enable the plaintiff to take third−party discovery to ascertain whether some other action involving someone other than the defendant with coverage might be appropriate. Under the unique circumstances presented here, I have now concluded that it is appropriate to close the referral and send the case back to Judge Kness, rather than allowing continued discovery against non−parties. Further reflection has persuaded me that there being no case since the named defendant has for all intents and purposes defaulted, there is no valid purpose in allowing the &qu;ot;case" to continue. Accordingly, all matters relating to the referral, having been resolved, the referral is closed and the case returned to Judge Kness. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.