# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Anthony Virginelli

|  | |
|---|---|
|  | Plaintiff, |

v.

Case No.: 1:22–cv–01488
Honorable John F. Kness

Armor Correctional Health Services, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 8, 2026:

      MINUTE entry before the Honorable John F. Kness: Counsel for Plaintiff's motion to continue [103] is granted. The prove–up hearing set for 4/8/2026 is stricken and will be reset by separate order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.